## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Mercurio & Associates, Inc.

Plaintiff,

v.

Sierens Financial Group, Inc.

Defendant.

Case No.: 1:23–cv–00966
Honorable Steven C. Seeger

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 14, 2023:

MINUTE entry before the Honorable Steven C. Seeger: The Court reviewed the agreed stipulation of the parties (Dckt. No. [12]). Plaintiff has withdrawn its motion for preliminary injunction. That motion (Dckt. No. [2]) is deemed withdrawn. In the meantime, as stated in the stipulation, the parties have basically agreed that Defendant will not use the "Retirement 360 Blueprint" mark during the pendency of this case. The stipulation is an agreement between the parties. It is not an injunction from the Court itself. Mailed notice(jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.